**95–1187.** State ex rel. Sibley v. Spicer. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1228.** State ex rel. Mercer v. Wilkinson. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1235.** Huff v. Wilkinson. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1313.** Holmes v. State. On motion for declaratory judgment. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1362.** Brown v. Rogers. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1408.** In re Petition for Writ of Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1490.** State ex rel. Savage v. Millard. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion for emergency issuance of peremptory writ,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, effective August 1, 1995.

DOUGLAS, WRIGHT, RESNICK and COOK, JJ., concur.

MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., would deny the motion.

## MOTION DOCKET

**86–1846.** State v. Hamblin. *Cuyahoga County*, No. 49975. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.

WRIGHT, J., dissents.

**94–696.** State ex rel. Chora v. Indus. Comm. *Franklin County*, No. 93APD04–500. On motion to strike. Motion denied.

**94–814.** State ex rel. Lamp v. J.A. Croson Co. *Franklin County*, No. 93AP–329. On request for oral argument. Request denied.

**94–1242.** Roxane Laboratories, Inc. v. Tracy. Board of Tax Appeals, Nos. 91–X–1186 and 92–X–253. On request for argument before full court. Request granted.

F.E. SWEENEY and COOK, JJ., dissent.

**94–2051.** State ex rel. Multimedia, Inc. v. Snowden. In Mandamus. On affidavit of Richard M. Goehler in support of application for attorney fees pursuant to Supreme Court order of May 3, 1995. Request for attorney fees granted.

**94–2724.** Lyden Co. v. Tracy. Board of Tax Appeals, No. 92–X–490. On request for argument before full court. Request granted.

F.E. SWEENEY and COOK, JJ., dissent.

**95–149.** Dublin v. Young. *Franklin County*, No. 94APC05–769. On motion to strike. Motion denied.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**95–450.** State v. Thompkins. *Montgomery County*, Nos. 14703, 14704, 14705, 14755, 14802, 14851, 14852, 14870, 14871, 14877, 14878, 14879, 14887, 14896, 14897, 14898, 14899, 14909, 14911, 14912, 14923, 14927, 14928, 14941, 14952, 14956, 14957, 14958, 14959, 14960, 14961, 14962 and 14963. On motion to vacate. Motion denied.

DOUGLAS, WRIGHT and COOK, JJ., dissent.